## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

**DANIEL USHERY, JR.,**                    :

      **Petitioner**                    :          **CIVIL ACTION NO. 3:20-1466**

      **v.**                              :                    **(JUDGE MANNION)**

**H. QUAY, Warden,**                       :

      **Respondent**                   :

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS**

**HEREBY ORDERED THAT:**

1. Ushery's petition for writ of habeas corpus (Doc. 1) is **DISMISSED** without prejudice to any right Ushery may have to reassert his claim in a properly filed civil rights complaint.

2. The Clerk of Court is directed to **CLOSE** this case.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: December 8, 2020**
20-1466-01-Order